■ In the Matter of DAVID McGOVERN, as President of Niagara Falls Uniformed Fire Fighters Association, AFL-CIO, Local 714, Appellant, v ALBERT T. JOSEPH, as Administrator of City of Niagara Falls, et al., Respondents. (Appeal No. 1.) [765 NYS2d 305] —Appeal from a judgment (denominated order) of Supreme Court, Niagara County (Lane, J.), entered January 4, 2002, which granted respondents' motion to dismiss the CPLR article 78 petition.

■ In the Matter of DAVID McGOVERN, as President of Niagara Falls Uniformed Fire Fighters Association, AFL-CIO, Local 714, Appellant, v ALBERT T. JOSEPH, as Administrator of City of Niagara Falls, Respondent. (Appeal No. 2.) [765 NYS2d 305] —Appeal from a judgment (denominated order) of Supreme Court, Niagara County (Sconiers, J.), entered January 30, 2002, which granted respondent's motion to dismiss the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Niagara County, Sconiers, J. Present—Pine, J.P., Hurlbutt, Scudder and Hayes, JJ.